**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    v.<br><br>**EDWIN RODRIGUEZ-TIRADO**<br>    **Defendant** | **Criminal No. 98-231(SEC)** |

## ORDER

On November 16, 2003, the Federal Public Defender was appointed to represent releasee Edwin Rodríguez-Tirado at a hearing where he was to show cause as to why the supervised release term imposed on June 25, 1999, should not be revoked. The hearing was originally set for November 14, 2003. The record reflects the hearing was not held due to the fact that Rodríguez-Tirado was in custody in the Southern District of Florida and had not been transferred to our District.

Accordingly, the U.S. Marshal is instructed to transfer to our District releasee Rodríguez-Tirado in order for him to show cause, **on November 18, 2004, at 10:00 AM**, as to why his supervised release term should not be revoked.

**SO ORDERED.**

At San Juan, Puerto Rico, this 5th day of November, 2004.

                                                            S/**AIDA M. DELGADO-COLON**
                                                            **U.S. Magistrate-Judge**