Case 3:98-cr-00231-SEC     Document 156     Filed 11/18/2004     Page 1 of 1
Starting Time: 10:37 a.m.
Ending Time: 10:39 a.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: November 18, 2004

HONORABLE AIDA M. DELGADO-COLON, U. S.  MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón          Case No. CR. 98-0231 (SEC)

COURT REPORTER: FTR

INTERPRETER: Tom Kavelin                    USPO: Abner Valcárcel
===========================================================
United States of America                ATTORNEYS: Rose Vega

Plaintiff

v.

Edwin Rodríguez-Tirado                        Juan Matos de Juan, FPD

Defendant(s)
===========================================================

CASE IS CALLED FOR an Order to Show Cause hearing ordered by the Magistrate Judge for defendant's failure to comply with his conditions of supervised release.

However, the Court states that the arrest warrant issued has yet to be executed, therefore, the hearing remains Sine Die.

Hearing to be set immediately, once the arrest warrant is executed.


                                        s/Sarah V. Ramón_____
                                        Sarah V. Ramón, Deputy Clerk